IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                  )
GREGORY B. FERNEBOK               )
310 West Edmonston Drive          )
Rockville, Maryland 20853,        )
                                  )
        and                       )
                                  )
JOSHUA F. FERNEBOK,               )
5802 Nicholson Lane, #404         )
Rockville, Maryland 20852,        )
                                  )
        Plaintiffs,               )
                                  )
   v.                             ) Civil Action No. _____
                                  )
GOVERNMENT OF THE DISTRICT OF     )
COLUMBIA                          )
941 N. Capitol Street, N.E.       )
Washington, D.C. 20002,           )
                                  )
        Defendant.                )
_____)
```

**COMPLAINT FOR DECLARATORY JUDGMENT**

Plaintiffs Gregory Fernebok and Joshua Fernebok, by and through counsel, hereby bring this action for declaratory judgment against Defendant the District of Columbia, and state as follows:

**JURISDICTION AND VENUE**

1.   This Court has jurisdiction pursuant to 28 U.S.C. §1331.  This action is founded on the existence of a federal question of law arising under the Constitution of the United States, Article I Section 8, Clause 17 and the District of Columbia Self-Government and Governmental Reorganization Act

("Home Rule Act"), D.C. Code Ann. §1-201.01, et seq., enacted by the United States Congress.

2. Venue properly rests in this Court pursuant to 28 U.S.C. §1391(b).

**PARTIES**

3. Plaintiff Gregory B. Fernebok is a resident of the State of Maryland who has paid an Unincorporated Business Tax to the District of Columbia during the last three years preceding this Complaint.

4. Plaintiff Joshua Fernebok is a resident of the State of Maryland who has paid an Unincorporated Business Tax to the District of Columbia during the last three years preceding this Complaint.

5. The District of Columbia is a federal district of the United States with limited powers of taxation under the District of Columbia Home Rule Act.

**FACTUAL BACKGROUND**

6. The Unincorporated Business Tax is a tax imposed by the District of Columbia on the personal income of the Plaintiffs, who are not residents of the District Columbia. D.C. Code Ann. §47-1808.03 (2001).

7. By imposing a tax on the personal income the District of Columbia has violated the limitation set forth in the Home Rule Act. This limitation is that the Council of the District of

Columbia "shall have no authority to . . . [i]mpose any tax on the whole or any portion of the personal income, either directly or at the source thereof, of any individual not a resident of the District." D.C. Code Ann. §1-206.02(a)(5) (2001).

8. In <u>Kenneth Bender, et al. v. District of Columbia</u>, 2006 WL 932328 (D.C.Super. March 9, 2006), the Tax Division of the Superior Court of the District of Columbia granted summary judgment in favor of the Petitioners in that case who were nonresidents of the District of Columbia and sought a refund of the Unincorporated Business Tax that they had paid to the District of Columbia. The Tax Division of the Superior Court held that the Unincorporated Business Tax is an income tax that is subject to the limitation set forth in the Home Rule Act, codified at D.C. Code Ann. §1-206.02(a)(5).

9. The District of Columbia appealed the decision of the Tax Division of the Superior Court to the District of Columbia Court of Appeals. In <u>District of Columbia v. Bender</u>, 906 A.2d 277 (D.C. 2006), the Court of Appeals reversed the decision of the Tax Division of the Superior Court and granted summary judgment in favor of the District of Columbia. Although the Court noted that, pursuant to its prior decisions, the Unincorporated Business Tax is a "tax levied upon personal income," it held that the limitation in the Home Rule Act does not apply to income earned from unincorporated businesses. <u>Id</u>.

at 281, 284 (quoting Bishop v. District of Columbia, 401 A.2d 955, 961 (1979)).

10. The ruling by the District of Columbia Court of Appeals in District of Columbia v. Bender is not binding on this Court and is contrary to federal law.

11. Plaintiffs Gregory B. Fernebok and Joshua Fernebok were not Petitioners in Kenneth Bender, et al. v. District of Columbia, and any effort by them to seek a tax refund with the District of Columbia Office of Tax and Revenue would be futile. The precedent of District of Columbia v. Bender has foreclosed any remedy that Plaintiffs may have had with the Courts of the District of Columbia.

12. A plain, speedy and efficient remedy is not otherwise available in the Courts of the District of Columbia for the Plaintiffs herein. Because of the precedent of District of Columbia v. Bender the federal rights of Plaintiffs are not protected in any other way, but to bring this action.

### COUNT I
**(Declaratory Judgment)**

13. The allegations set forth in paragraphs 1 through 12 above are incorporated by reference and realleged as if fully set forth herein.

14. By this action Plaintiffs seek to enforce the limitation in the Home Rule Act, codified at D.C. Code Ann. §1-206.02(a)(5).

15.  Plaintiffs therefore request that this Court declare the imposition of the Unincorporated Business Tax on nonresidents of the District of Columbia is contrary to federal law and the Constitution of the United States, and is therefore invalid.

16.  This claim by Plaintiffs is adverse to the interest of the District of Columbia.

17.  The claim by the Plaintiffs is based the application and interpretation of federal law, including, but not limited to, the Home Rule Act and the District of Columbia Income and Franchise Tax Act of 1947, codified at D.C. Code §47-1810.01(a)(2).

18.  There is an actual and present controversy between the Plaintiffs and the District of Columbia concerning the interpretation and application of the foregoing law.

WHEREFORE, Plaintiffs respectfully request that the Court declare that the imposition of the Unincorporated Business Tax on nonresidents of the District of Columbia is contrary to federal law and invalid; award to Plaintiffs attorneys' fees and the costs of this action, and grant such other and further relief as the Court deems just and proper.

        Respectfully submitted,

        COOTER, MANGOLD, TOMPERT
         & KARAS, L.L.P.


        ____/s/_____
        Dale A. Cooter, #277454
        James E. Tompert, #358952
        5301 Wisconsin Avenue, N.W.
        Suite 500
        Washington, D.C. 20015
        (202)537-0700
        efiling@cootermangold.com

        *Counsel for Plaintiffs*

**ATTACHMENT F**

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____<br>(EXCEPT IN U.S. PLAINTIFF CASES)<br>Montgomery County, Maryland | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE<br>TRACT OF LAND INVOLVED District of Columbia |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Dale A. Cooter, Cooter, Mangold, Tompert & Karas, LLP<br>5301 Wisconsin Avenue, N.W., Suite 500<br>Washington, D.C. 20015 | ATTORNEYS (IF KNOWN) |

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil* ||||
|---|---|---|---|
| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☒ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify)    ☐ Multi district Litigation    ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Please see attached statement.

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    ☐    **DEMAND $**    Check YES only if demanded in complaint
**JURY DEMAND:** ☐ YES    ☐ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES    ☒ NO    If yes, please complete related case form.

DATE 7/16/07    SIGNATURE OF ATTORNEY OF RECORD    /s/

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

- I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

- III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

- IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

- VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

- VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.