U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Gregory B. Fernebok, et al.

vs.

Government of the District of Columbia

No. 1:07-CV-01262

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint for Declaratory Judgment, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before United States Magistrate Judge and Civil Cover Sheet in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:56 am on August 13, 2007, I served Adrian M. Fenty c/o Corporation Counsel at 1350 Pennsylania Avenue, NW, Suite 409, Washington, DC 20004 by serving Tabatha Braxton, Staff Assistant, authorized to accept. Described herein:

```
    SEX-    FEMALE
    AGE-    35
 HEIGHT-    5'6"
   HAIR-    BLACK
 WEIGHT-    165
   RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8-14-07
               Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 192681

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Gregory B. Fernebok, et al.

vs.

Government of the District of Columbia

No. 1:07-CV-01262 JDB

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint for Declaratory Judgment, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before United States Magistrate Judge and Civil Cover Sheet in the above entitled case, hereby depose and say:

That my date of birth / age is 03-01-1980.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 11:50 am on August 13, 2007, I served Government of the District of Columbia at Office of Attorney General, 441 4th Street, NW, Suite 600 South, Washington, DC 20001 by serving Tonia Robinson, Agent for the City, authorized to accept.  Described herein:

SEX- FEMALE
AGE- 35
HEIGHT- 5'7"
HAIR- BLACK
WEIGHT- 150
RACE- BLACK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  8-14-07
             Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 192680