IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY B. FERNEBOK et al.,** )<br>)<br>Plaintiffs,  )<br>)<br>v.   )<br>)<br>**GOVERNMENT OF THE DISTRICT OF** )<br>**COLUMBIA,** )<br>)<br>Defendant.  )<br>) | Case: 1:07-cv-01262 (JDB) |

**CONSENT MOTION TO EXTEND THE DEADLINE FOR FILING
PLAINTIFFS' RESPONSE TO DEFENDANTS'
<u>MOTION TO DISMISS PLAINTIFF'S COMPLAINT</u>**

Plaintiffs Gregory Fernebok and Joshua Fernebok, by and through counsel, file this Consent Motion to Extend to and including September 21, 2007, the deadline for filing a response to the Defendant's Motion to Dismiss Plaintiff's Complaint.  In support hereof Plaintiffs state as follows:

1.  Plaintiffs' response to the Defendant's Motion to Dismiss is due on or before September 7, 2007.

2.  The attorney in Plaintiff's counsel's office who is primarily responsible for this case and the most knowledgeable about the issues, has a family medical emergency which arose in the last few days and he will be absent from the office.

3.  The requested 2 week extension is needed so that another attorney can become familiar with the issues and prepare the response to Defendant's Motion.

4.  On August 31, 2007, undersigned counsel spoke with David

Fisher, one of the attorneys representing the Defendant the District of Columbia to seek his consent to this Motion. Mr. Fisher gave his consent on behalf of Defendant.

WHEREFORE, the Plaintiffs respectfully request this Court to grant their Consent Motion to extend by two weeks, through and including September 21, 2007, the time within which the Plaintiffs have to respond to the Defendant's Motion.

                                Respectfully submitted,

                                COOTER, MANGOLD, TOMPERT
                                 & KARAS, L.L.P.

                                /s/ Dale A. Cooter
                                Dale A. Cooter (#227454)
                                5301 Wisconsin Avenue, N.W.
                                Suite 500
                                Washington, D.C.  20015
                                (202)537-0700

                                **Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of August, 2007, a copy of the foregoing **CONSENT MOTION TO EXTEND PERIOD FOR FILING PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS** and **PROPOSED ORDER** was served electronically by e-filing on:

    LINDA SINGER
    Attorney General for the District of Columbia
    1100 15th Street, N.W., #800
    Washington, D.C. 20005

    STEPHEN B. LYONS
    Acting Deputy Attorney General
    Commercial Division
    1100 15th Street, N.W., #800
    Washington, D.C. 20005

    DAVID FISHER
    Senior Assistant Attorney General
    Chief, Tax, Bankruptcy & Finance Section
    1100 15th Street, N.W., #800
    Washington, D.C. 20005

    RICHARD G. AMATO
    Senior Assistant Attorney General
    1100 15th Street, N.W., #800
    Washington, D.C. 20005

    NANCY SMITH
    Senior Assistant Attorney General
    1100 15th Street, N.W., #800
    Washington, D.C. 20005

                                               /s/ Dale A. Cooter
                                               Dale A. Cooter

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GREGORY B. FERNEBOK et al.,** )<br>)<br>Plaintiffs,      )<br>)<br>v.          )<br>)<br>**GOVERNMENT OF THE DISTRICT OF** )<br>**COLUMBIA,**         )<br>)<br>Defendant.    )<br>) | Case: 1:07-cv-01262 (JDB) |

**PROPOSED ORDER**

UPON CONSIDERATION of the Consent Motion to Extend Period for Filing Plaintiffs' Response to Defendant's Motion to Dismiss Plaintiff's Complaint, it is this _____ day of _____, 2007, hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiffs shall have until September 21, 2007 to file a response to Defendant's Motion to Dismiss Plaintiff's Complaint.

_____
John D. Bates, Judge
U.S. District Court

copies to:

Dale A. Cooter, Esq.
Cooter, Mangold, Tompert
 & Karas, LLP
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C. 20015

LINDA SINGER
Attorney General for the District of Columbia
1100 15th Street, N.W., #800
Washington, D.C. 20005

STEPHEN B. LYONS
Acting Deputy Attorney General
Commercial Division
1100 15th Street, N.W., #800
Washington, D.C. 20005

DAVID FISHER
Senior Assistant Attorney General
Chief, Tax, Bankruptcy & Finance Section
1100 15th Street, N.W., #800
Washington, D.C. 20005

RICHARD G. AMATO
Senior Assistant Attorney General
1100 15th Street, N.W., #800
Washington, D.C. 20005

NANCY SMITH
Senior Assistant Attorney General
1100 15th Street, N.W., #800
Washington, D.C. 20005