UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY B. FERNEBOK, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>Defendant. | Civil Action No. 07-1262 (JDB) |

## ORDER

Upon consideration of defendant's motion to dismiss for lack of subject matter jurisdiction, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED** and the complaint is **DISMISSED** for lack of subject matter jurisdiction.

SO ORDERED.

/s/
JOHN D. BATES
United States District Judge

Date:  January 25, 2008