IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY B. FERNEBOK et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case: 1:07-cv-01262 (JDB) |
| | ) |
| GOVERNMENT OF THE DISTRICT OF COLUMBIA, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs Gregory B. Fernebok and Joshua F. Fernebok, by and through undersigned counsel, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order, entered January 25, 2008, granting Defendant District of Columbia's Motion to Dismiss.

Respectfully submitted,

COOTER, MANGOLD, TOMPERT
 & KARAS, L.L.P.


     /s/
Dale A. Cooter (#227454)
5301 Wisconsin Avenue, N.W.
Suite 500
Washington, D.C.  20015
(202)537-0700

**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of January, 2008, a copy of the foregoing Plaintiffs' Notice of Appeal was served on the following by e-service through the Court's e-filing system or, for those not served by e-service, by first class mail, postage prepaid:

> PETER NICKLES
> Attorney General for the District of Columbia
> 1100 15th Street, N.W., #800
> Washington, D.C. 20005
>
> STEPHEN B. LYONS
> Acting Deputy Attorney General
> Commercial Division
> 1100 15th Street, N.W., #800
> Washington, D.C. 20005
>
> DAVID FISHER
> Senior Assistant Attorney General
> Chief, Tax, Bankruptcy & Finance Section
> 1100 15th Street, N.W., #800
> Washington, D.C. 20005
>
> RICHARD G. AMATO
> Senior Assistant Attorney General
> 1100 15th Street, N.W., #800
> Washington, D.C. 20005
>
> NANCY SMITH
> Senior Assistant Attorney General
> 1100 15th Street, N.W., #800
> Washington, D.C. 20005

```
                                    /s/
                              Dale A. Cooter
```