# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-7020**                                      **September Term 2007**

                                                              **07cv01262**

                                       **Filed On:**   June 24, 2008

Gregory B. Fernebok and Joshua F. Fernebok,

   Appellants

   v.

District of Columbia Government,

   Appellee

MANDATE

Pursuant to the provisions of Fed. R. App. Pro. 41(a)

ISSUED:

BY:

ATTACHED: ___ Amending Order
          ___ Opinion
          ___ Order on Costs

**BEFORE:**   Garland, Brown, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the motion for summary affirmance, the response thereto, and the reply, it is

**ORDERED** that the motion for summary affirmance be granted. The merits of the parties' positions are so clear as to warrant summary action. See Taxpayers Watchdog, Inc. v. Stanley, 819 F.2d 294, 297 (D.C. Cir. 1987) (per curiam). Appellants' complaint involves a challenge to District of Columbia taxes and, as such, was properly dismissed by the district court on the ground that exclusive jurisdiction lies in the Superior Court for the District of Columbia. See D.C. Code §§ 11-921(a)(3)(B), 11-1201 and 11-1202; Jenkins v. Washington Convention Center, 236 F.3d 6, 11 (D.C. Cir. 2001).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By:_____ Deputy Clerk